# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 959 |
| | : | |
| ORDER ADOPTING RULE 405 OF THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA RULES OF JUVENILE | : | |
| COURT PROCEDURE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2023, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 52 Pa.B. 7266 (November 26, 2022):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Juvenile Court Procedure 405 is adopted in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective on January 1, 2024.